UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,                                    Criminal Case No.: 05-90011
                                              Hon. Matthew F. Leitman
vs.

RICHARD HEARN,

Defendant.

---

## ORDER DISMISSING INDICTMENT

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the Indictment of Richard Hearn.

**IT IS HEREBY ORDERED** that Indictment and arrest warrant against the defendant be dismissed without prejudice, and that the defendant's appearance bond, if any, be canceled.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126